UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMES MATTHEW JOYNER                    CIVIL ACTION NO. 22-cv-180

VERSUS                                  JUDGE ELIZABETH E. FOOTE

KANSAS CITY SOUTHERN RAILROAD CO.,      MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

James Matthew Joyner ("Plaintiff"), who is self-represented, filed this civil action to complain of employment discrimination. Plaintiff is advised that this is not an informal agency proceeding. It is a court proceeding that will require significantly more time and effort from him than the less formal agency proceedings before the Public Law Board. Plaintiff will first need to serve his complaint on the defendants. Service may be accomplished by delivering the summons, which will be issued by the Clerk of Court, and a copy of the complaint to each defendant or other person authorized to receive service. See Federal Rule of Civil Procedure 4. Plaintiff must complete service and file evidence of service within 90 days of the filing of his complaint, which will be **April 19, 2022**. Failure to do so may result in dismissal of this civil action.

If Plaintiff succeeds in serving the defendants, the court will set deadlines for conducting discovery and the filing of motions. If the case survives that process, the court will set a trial date and related deadlines. Plaintiff, although he is self-represented, will be obligated to follow the court's orders and the applicable procedural rules. Neither the judge's staff nor the Clerk of Court may give him legal advice.

Plaintiff must keep the court informed of a current address. If Plaintiff should have a change in address, Plaintiff must notify the Clerk of Court in writing. If mail is issued to Plaintiff and it is returned for an insufficient address, that may lead to dismissal of this case. If at any time Plaintiff does not wish to pursue this case, Plaintiff may communicate that to the court in writing, and the case will be dismissed.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of January, 2022.

Mark L. Hornsby
U.S. Magistrate Judge